UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

AARON GARRETT, as the Wrongful Death
Personal Representative for the Estate of
Andres Maytorena Grado, deceased,

    Plaintiff,

v.                                                    Case No. 2:20-cv-01363-JB-SMV

BOARD OF COUNTY COMMISSIONERS
OF THE COUNTY OF EDDY, NEW MEXICO,
SHERIFF MARK CAGE, individually and in his
official capacity, LT. ROGER MAXWELL, individually
and in his official capacity, SERGEANT ANTHONY PONCE,
individually and in his official capacity, DETENTION OFFICER
JOEL PARRAZ, individually and in his official capacity,
DARLA BANNISTER, ACNP, SYLVIA J MARIN, R.N.,
and CORRECT CARE SOLUTIONS, LLC, a foreign
liability company,

**ORDER PERMITTING WITHDRAWAL OF COUNSEL**

       The Court, having before it the Motion to Withdraw of Gregory L. Biehler, and noting the continued representation of Darla Bannister by Lewis Brisbois Bisgaard & Smith, LLP., finds the Motion is well taken.

       IT IS THEREFORE ORDERED that Gregory L. Biehler is hereby withdrawn as counsel for Defendant Darla Bannister.

                                                                                           Honorable Magistrate Judge Stephan M. Vidmar

Submitted by:

LEWIS BRISBOIS BISGAARD & SMITH LLP

By:     */s/Gregory L. Biehler*
_____
Gregory L. Biehler
*Attorneys for Defendant Darla Bannister*
8801 Horizon Blvd, NE, Suite 300
Albuquerque, NM  87113
Telephone: 505.828.3600
greg.biehler@lewisbrisbois.com

Approved as to form by:

THE SPENCE LAW FIRM NM, LLC

By:     */s/Approved via email 12/21/21*
_____
Dennis K. Wallin
Alisa C. Lauer
*Attorney for Plaintiff*
1600 Mountain Road, NW
Albuquerque, NM  87104
Telephone: 505.832.6363
wallin@spencelawyers.com

By: _____
George Bryan Ulmer, III
*Attorney for Plaintiff*
P.O. Box 548
Jackson, WY  83001-0548
307.733.7290
ulmer@spencelawyers.com

MYNATT MARTINEZ SPRINGER PC

By: _____
Damian L. Martinez
*Attorney for Defendant Board of County Commissioners of Eddy County*
P.O. Box 2699
Las Cruces, NM 88004-2699
575.524.8812
dlm@mmslawpc.com

MYNATT MARTINEZ SPRINGER PC

*/s/Approved via email 12/21/21*
By: _____
Alan J. Dahl
*Attorney for Defendant Sheriff Mark Cage, Warden Billy Massingill, Lt. Roger Maxwell, Detention Officer Joel Parraz, Anthony Ponce*
P.O. Box 2699
Las Cruces, NM 88004-2699
575.524.8812
dlm@mmslawpc.com

PARK & ASSOCIATES, LLC

By: _____
Alfred A. Park
*Attorney for Defendant Correct Care Solutions, LLC*
3840 Masthead Street, NE
Albuquerque, NM 87109
505.246.2805
apark@parklawnm.com